# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2008

135615

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FAROOK MANSOUR,
      Plaintiff-Appellee,

v

AZ AUTOMOTIVE CORPORATION, f/k/a
AETNA INDUSTRIES, INC.,
      Defendant-Appellant.

SC: 135615
COA: 277570
WCAC: 05-000284

_____/

     On order of the Court, the application for leave to appeal the December 4, 2007 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Petersen v Magna Corp* (Docket No. 136542-43) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2008

_____
Clerk